United States District Court
Southern District of Texas
FILED

OCT 28 2018

David J. Bradley, Clerk

AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Elizabeth Fernandes-Stelet
AKA: Elizabeth Stelet-Gordon

IAE  YOB: 1965
Brazil
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-18-2206-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 27, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Brazil in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Elizabeth Fernandes-Stelet was encountered by Border Patrol Agents near Los Ebanos, Texas on October 27, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on October 27, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 09, 2013, through Boston, Massachusetts. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 11, 2012, the defendant was convicted of Larceny and was sentenced to ten (10) years confinement, four (4) years to serve and three (3) years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on October 28, 2018.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

*Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.P.4.1, and probable cause found on:*
Sworn to before me

October 28, 2018     3:43 p.m.

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Claudia Garcia
Signature of Complainant

Claudia Garcia     Senior Patrol Agent

*Pete E Ormsby*
Signature of Judicial Officer

